# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Bridie W.,[1] | Case No. 24-cv-1582 (DJF) |
| Plaintiff, | |
| v. | |
| Martin O'Malley, *Commissioner of Social Security Administration*, | ORDER |
| Defendant. | |

This matter is before the Court on the parties' Joint Stipulation for Remand ("Stipulation") (ECF No. 12). Plaintiff filed a Motion for Summary Judgment (ECF No. 6) before the parties filed the Stipulation. The parties now agree that a remand is necessary to allow the administrative law judge ("ALJ") to properly evaluate Plaintiff's conditions according to the specific procedures mandated by the Social Security Administration and to further develop the record. (ECF No. 12.)

Based on the forgoing, and on all the files, records and proceedings herein, the Court **APPROVES** the Stipulation. **IT IS HEARBY ORDERED THAT**: (1) Plaintiff's pending Motion for Summary Judgment (ECF No. [6]) is **DENIED WITHOUT PREJUDICE**; and (2) this case is **REMANDED** to the Commissioner of Social Security for supplemental hearing and further administrative action pursuant to sentence 4 of 42 U.S.C. § 405(g). On remand, the ALJ shall take further action to complete the administrative record; offer Plaintiff an opportunity for a new hearing; obtain additional information from a vocational expert; and if, necessary, issue a new decision.

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in orders in Social Security matters.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 23, 2024                    *s/ Dulce J. Foster*
                                             DULCE J. FOSTER
                                             United States District Judge